IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

```
DOUGLAS B. STALLEY, on behalf of the  )
United States of America,             )
                                      )
              Plaintiff,              )
                                      )        No. 3:07 CV 00006-GTE
v.                                    )
                                      )
AMERIS HEALTH SYSTEMS, LLC,           )
                                      )
              Defendant.              )
```

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 26 2007

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

## MOTION TO DISMISS

Defendant, Ameris Health Systems, LLC, moves this Court pursuant to Rule 12(b)(1) and 12(b)(6), Fed.R.Civ.P. to dismiss the complaint filed against it. The Plaintiff does not have Article III standing to bring this action and the statute upon which the claim is based, 42 U.S.C. §1395y(b) is not a *qui tam* statute conferring upon Plaintiff the right on behalf of the United States of America to bring this action. Accordingly, subject matter jurisdiction is lacking.

The complaint fails to state a claim upon which any relief can be granted. Plaintiff purports to bring this action prior to determination that Ameris has any responsibility or obligation to reimburse Medicare for any payments that it has received.

It is respectfully submitted that this action must be dismissed for lack of subject matter jurisdiction and because the complaint fails to state a claim upon which any relief can be granted.

Respectfully submitted,

/s/ D. Chris Gardner

D. Chris Gardner
P.O. Box 1965
111 East Huntington Ave., Suite B
Jonesboro, AR 72403-1965
(870)972-8180
(870)972-8197
*Attorney for Ameris Health Systems, LLC*

H. Frederick Humbracht, Jr. (No. 2993)
BOULT CUMMINGS CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
(615)252-2371

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being forwarded via first class mail, postage prepaid to:

> James L. Wilkes, II
> Timothy C. McHugh
> Brian D. Reddick
> Susan N. Estes
> Wilkes & McHugh
> 425 West Capitol, Suite 3500
> Little Rock, Arkansas 72201

on this the 26th the day of January, 2007.

D. Chris Gardner